McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND RUDY PALACIOS,<br><br>Defendant. | CASE NO. 1:18-CR-00229-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 24, 2020<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on February 24, 2020.

2.     By this stipulation, defendant now moves to continue the status conference until June 8, 2020, and to exclude time between February 24, 2020, and June 8, 2020, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes hundreds of pages of police reports, surveillance videos, dispatch calls, and the recorded statement of the defendant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, since the last status counsel, the government provided approximately one hundred pages of additional police reports from

1

defendant's prior arrests and convictions, at the request of counsel for defendant.

b) Counsel for defendant desires additional time to review discovery, research any mitigating factors, and discuss a potential plea with the government. Additionally, the United States believes that the defendant is an Armed Career Criminal under 18 U.S.C. § 924(e) based on the defendant's criminal record and the supplemental discovery that was provided. Counsel for the defendant needs additional time to research potential legal challenges to the defendant's status as an Armed Career Criminal, which the government believes applies.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2020 to June 8, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) Finally, the parties are aware that the Ninth Circuit currently has under submission a case that will determine whether a conviction for California Penal Code Section 273.5 is a "violent felony" for purposes of the Armed Career Criminal Act. *See United States v. Walker* (9th Cir. No. 18-10211) (argued October 24, 2019). The outcome of this case could affect whether Walker is an Armed Career Criminal subject to a fifteen-year mandatory minimum sentence. 18 U.S.C. § 924(e). The parties therefore request additional time to assess options once the Ninth Circuit decides *Walker*.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 20, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: February 20, 2020

/s/ ROGER S. BONAKDAR
ROGER S. BONAKDAR
Counsel for Defendant
ROLAND RUDY PALACIOS
(Authorized by email on
February 20, 2020)

## ORDER

IT IS SO ORDERED that the Status Conference is continued from February 24, 2020 to June 8, 2020 at 1:00 p.m. in Department 8. For good cause, time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **February 21, 2020**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE