PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00229-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE JURY TRIAL AND SET CHANGE OF PLEA |
| v. | |
| ROLAND RUDY PALACIOS, | |
| Defendant. | |

1. This case is set for a trial confirmation hearing on January 9, 2023, and for jury trial on January 24, 2023.

2. By this stipulation, the parties now move to vacate the trial confirmation hearing and jury trial, and set this the case for a change of plea hearing on May 16, 2022. The time between February 23, 2022, and January 24, 2023, has already been excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], and 18 U.S.C. § 3161(h)(1)(G) [Local Code 7].

   IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated:  April 8, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  April 8, 2022 | /s/ ROGER BONAKDAR<br>ROGER BONAKDAR<br>Counsel for Defendant<br>ROLAND RUDY PALACIOS |

**ORDER**

Pursuant to the parties' stipulation the trial confirmation hearing and jury trial dates previously scheduled in this action are vacated and this case is now set for a change of plea hearing on May 16, 2022.  The time between February 23, 2022, and January 24, 2023, has already been excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], and 18 U.S.C. § 3161(h)(1)(G) [Local Code 7].

IT IS SO ORDERED.

Dated:   **April 8, 2022**                               /s/ Dale A. Drozd
                                                                        UNITED STATES DISTRICT JUDGE