PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>ROLAND RUDY PALACIOS,<br><br>                     Defendant. | CASE NO. 1:18-CR-0229-ADA-BAM<br><br>STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET CHANGE OF PLEA |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on November 7, 2023, and time under the Speedy Trial Act was excluded from June 14, 2023 through November 7, 2023, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

2. The parties now stipulate and request that the trial and trial confirmation be vacated and a change of plea be scheduled for October 2, 2023, at 8:30 a.m. No further exclusion of time is necessary because time was previously excluded through November 7, 2023, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

IT IS SO STIPULATED.

Dated: August 28, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: August 28, 2023

/s/ *Roger Bonakdar*
ROGER BONAKDAR
Counsel for Defendant
Roland Rudy Palacios

IT IS SO ORDERED.

Dated:  August 29, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2