AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:18-CR-002290-ADA-BAM |
| | ) | |
| | ) | |
| ROLAND RUDY PALACIOS | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-18-23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Roger Bonakdar
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____, United States District Judge
*Judge's printed name and title*

**United States v. Roland Rudy Palacios**
**Penalties for Information**

**COUNT ONE**

      VIOLATION:      18 U.S.C. § 922(g) – Prohibited Person in Possession of a Firearm

      PENALTY:      15 year mandatory minimum sentence
                          Life maximum term of imprisonment
                          $250,000 Fine
                          5 years supervised release
                          $100 special assessment

**CRIMINAL FORFEITURE:**  18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)