**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ROLAND RUDY PALACIOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ROLAND RUDY PALACIOS,<br><br>                    Defendant. | CASE NO. 1:18-CR-00229-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: February 5, 2024<br>TIME: 8:30 a.m.<br>COURT: No District Court Judge |

      WHEREAS the Sentencing Hearing has been scheduled in this matter for February 5, 2024.

      WHEREAS there has been a delay in conducting the pre-sentencing interview with Mr. Palacios, and therefore, the initial PSR has not been completed. The interview was completed on January 12, 2024. Probation indicates it can provide reporting based on a Sentencing date of April 8, 2024. Therefore, the parties request an extension of Sentencing in order for a renewed Sentencing Referral Schedule to be issued by Probation.

      WHEREAS in light of the above, request is made for a continuance of the February 5, 2024, Sentencing hearing.

---

1

**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the February 5, 2024, sentencing hearing be continued to April 8, 2024.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original.  In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Respectfully submitted,
IT IS SO STIPULATED.

Dated: January 23, 2024                                      BONAKDAR LAW FIRM

                                                             By:   /s/ Roger S. Bonakdar
                                                                   ROGER S. BONAKDAR
                                                                   Attorney for Defendant
                                                                   ROLAND RUDY PALACIOS

Dated:  January 23, 2024                                     United States Attorney's Office
                                                             /s/ Antonio Pataca
                                                             ANTONIO PATACA
                                                             Assistant United States Attorney

Dated: January 23, 2024                                      UNITED STATES PROBATION
                                                             /s/ Ross Micheli
                                                             ROSS MICHELI
                                                             United States Probation Officer

*[ORDER CONTINUES ON FOLLOWING PAGE]*

**O R D E R**

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the February 5, 2024, Sentencing hearing is hereby continued to **April 8, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **January 25, 2024**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE